CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Richard Morin (SBN 285275)
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net
Attorney for Defendant
Cafe Sprout Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br>v.<br><br>CAFE SPROUT INC., a California Corporation,<br><br>　　　　Defendants. | Case No.: 5:21-cv-03143-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1  Dated: December 17, 2021        CENTER FOR DISABILITY ACCESS

2

3                                  By:    /s/ Amanda Seabock
                                          Amanda Seabock
4                                         Attorneys for Plaintiff

5

6  Dated: December 17, 2021        LAW OFFICE OF RICK MORIN, PC

7

8

9                                  By:    /s/ Richard Morin
                                          Richard Morin
10                                        Attorneys for Defendant
                                          Cafe Sprout Inc.
11

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Cafe Sprout Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 17, 2021        CENTER FOR DISABILITY ACCESS

                                       By:     /s/ Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff